Certificate Number: 14424-MD-DE-019914762

Bankruptcy Case Number: 12-32275



14424-MD-DE-019914762

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 22, 2012, at 1:50 o'clock AM EST, Ronald G Schultz completed a course on personal financial management given by internet by Financial Education Services, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date: December 22, 2012              By: /s/Donna Lee

                                     Name: Donna Lee

                                     Title: Certified Personal Finance Counselor